IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 25-I-16-MSN |
| Plaintiff, | ) | |
| vs. | ) | Cr. No.25-20223 MSN |
| | ) | 42 U.S.C. § 7413(c) |
| PT SERVICES, INC., | ) | RECEIVED |
| Defendant, | ) | |

**INFORMATION**

AUG 13 2025

**THE UNITED STATES ATTORNEY CHARGES:**

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

1. The Clean Air Act ("CAA") was enacted by Congress to protect and enhance the quality of the Nation's resources so as to promote the public health and welfare, by, among other things, reducing the emission of pollutants, such as nitrogen oxides, particulate matter, hydrocarbons, and carbon monoxide, from motor vehicles. 42 U.S.C. § 7401, *et seq.*

2. Since model year 2008, all diesel trucks with a gross vehicle weight rating of greater than 8,500 pounds and less than 14,000 pounds have been required to be equipped with an on-board diagnostic system ("OBD"), pursuant to the CAA, 42 U.S.C. § 7521(m)(1).

3. The OBD system is composed of software housed within the vehicle's computer, and sensors that monitor emissions-related engine systems and components. The OBD alerts the driver if any of the vehicle's emissions control equipment has malfunctioned, is disconnected, or has been removed. The OBD also downloads a diagnostic trouble code into the vehicle's computer to aid in the detection

1

and diagnosis of malfunctions during inspections and repairs.

4. Persons seeking to evade the Clean Air Act's pollution controls have developed methods of modifying or removing emissions control systems and rendering the OBDs inaccurate. A vehicle that has been "tuned and deleted" means that the vehicle has had its emissions controls removed and the OBD modified such that it does not detect the removal.

5. When a vehicle is tuned and deleted, it may be able to run with normal or increased horsepower and torque, and the vehicle's fuel mileage may also increase. However, tuning and deleting vehicles results in a significant increase of pollutant emissions into the atmosphere.

6. **PT SERVICES, INC.** is a truck repair shop specializing in diesel engine repairs and performance located in Memphis, Tennessee.

7. **PT SERVICES, INC.** provided services that modified and deleted the emissions control systems of diesel engines and further tampered with and rendered inaccurate the vehicles' OBD systems for customers of the business.

### COUNTS ONE THROUGH SIX
### (CLEAN AIR ACT TAMPERING)

8. The allegations of paragraphs 1 through 7 above are incorporated herein.

9. Pursuant to 42 U.S.C. § 7413(c)(2)(C), it is unlawful for any person to knowingly falsify tamper with, render inaccurate, or fail to install any monitoring device or method required to be maintained or followed under the

Clean Air Act.

10. Beginning at least as early as June 2023, and continuing until at least in or about August 2024, in the Western District of Tennessee, the defendant, **PT SERVICES, INC.,** did knowingly falsify, tamper with, and render inaccurate the monitoring devices required to be maintained and followed under the Clean Air Act, that is, after removing or altering the emission control equipment on diesel trucks, the defendant modified the OBD systems of the diesel trucks listed below to prevent detection of the removal and disabling of such equipment. Each vehicle listed is a separate count:

| COUNT | ENGINE MODEL | YEAR | VIN | PLATE |
|---|---|---|---|---|
| 1 | Cummins | 2019 | 1XPBD49X3LD722952 | Tennessee: T0864HY |
| 2 | Detroit | 2016 | 3AKJGLDR7HSHJ4955 | Mississippi: A497151 |
| 3 | Detroit | 2014 | 3AKJGLD50F8QBG291 | Mississippi: A494178 |
| 4 | Ford Motor Co. | 2011 | 1FDAF5GT0BEB20298 | No plate |
| 5 | Cummins | 2016 | 3C6URJN0GG133359 | Mississippi plate: B1647650 |
| 6 | Cummins | 2014 | 1HSDJAPR0FH738391 | No plate |

All in violation of Title 42, United States Code, Section 7413(c)(2)(C).

*[signature: Joe Murphy]*
JOSEPH C. MURPHY, JR.
Interim United States Attorney

DATE: 08/12/2025