FILED IN OPEN COURT.

DATE: 9/15/25

TIME: 11:20

INITIALS: CAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 25- 20223 MSN |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| P.T. SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA AGREEMENT

The United States of America by and through the United States Attorney's Office for the Western District of Tennessee and P.T. Services Inc. by and through its undersigned attorneys and authorized representative pursuant to authority granted by the Defendant's Board of Directors, enter into the following plea agreement ("the Agreement") pursuant to Rule11(c)(1)(C) of the Federal Rules of Criminal Procedure. The terms and conditions of this Agreement are as follows:

1.      P.T. Services, Inc agrees:

(a)      to waive its right to indictment and right to trial by jury and all rights attached thereto and to plead guilty to the six-count information filed in this case charging violations of Title 42, United States Code, Section 7413(c);

(b)      that it has been advised of its right to be represented by counsel free from any potential conflict of interest and after having been so advised, waives any potential or actual conflict of interest that may arise from undersigned counsel's representation of Dillon Moses individually;

(c)      to waive any objections based on Fed. R. Evid. 410 to the use of any statements made by its authorized representative in the course of the plea colloquy;

(d)      to pay the $2,400.00 ($400 per count) mandatory assessment to be imposed pursuant to 18 U.S.C. §3013(a)(2)(B) to the United States District Court Clerk following entry of its guilty plea, and to provide counsel for the United States with evidence of payment prior to sentencing;

(e)      Environmental Compliance: Defendant PT Services Inc. shall follow the

1

compliance program attached to this Plea Offer for a period of three (3) years.

(f)    that it is pleading guilty freely and voluntarily, after having consulted with counsel, and because it is guilty.

2.    The United States agrees not to pursue prosecution of P.T. Services, Inc. for any other violations of the Clean Air Act which occurred between June 2023 and August 2024.

3.    The parties mutually agree pursuant to Rule11(c)(1)(C) that the Court shall impose a sentence of a fine of in the total amount of $150,000 and if the Court rejects this aspect of the agreement, either party may withdraw from the agreement. The parties further agree that the recommended term of probation shall be for three (3) years.

4.    P.T. Services, Inc. acknowledges and understands that the maximum possible penalty the Court may impose is a fine of $500,000 pursuant to Title 18, United States Code, Section 3571(c)(3).

5. The United States will be relieved of all obligations and restrictions imposed by the terms of this agreement if after the execution of this agreement if the defendant or its officers or directors:

(1) attempt to withdraw from this plea for any reason other than the Court's rejection of the plea agreement;

(2) engage in any new criminal conduct following entry of its guilty plea; or,

(3) knowingly make any false statements or testifies falsely at any future proceedings.

6.    This Plea Agreement constitutes the entire agreement between the parties.

JOSEPH C. MURPHY, JR.
Interim United States Attorney

By: _____           Date 09/12/2025
Carroll L. Andre' III
Assistant United States Attorney

By  _____           Date 8-11-2025
Stewart D. Cables
Attorney for Defendant

2

P.T. Services, Inc
By: Dillon Moses, Vice President

Date   8-11-25

Lee Gerald
Attorney for Defendant

Date: 09/15/25

3