FILED IN OPEN COURT.

DATE: 9/15/25

TIME: 11:20

## CERTIFICATE OF CORPORATE RESOLUTION

INITIALS: CK

WHEREAS, P.T. Services, Inc. ("P.T. Services" or the "Company") has been engaged in discussions with the United States Attorney's Office for the Western District of Tennessee (the "United States") regarding issues arising in relation to violations of the Clean Air Act ("CAA"); and,

WHEREAS, in order to resolve such discussions, it is proposed that the Company enter into a certain agreement with the United States; and

WHEREAS, the Company's Vice President, Dillon Moses, together with outside counsel for the Company, have advised the Executive Committee of the Board of Directors, which has been established by the Board of Directors of the Company, of its rights, possible defenses, the provisions of the United States Sentencing Guidelines, and the consequences of entering into such agreement with the United States; and,

WHEREAS, the Company's Vice President, Dillon Moses, and the Executive Committee of the Board of Directors have been advised by U.S. counsel of the relevant provisions of Rules 11, 32, and 43 of the Federal Rules of Criminal Procedure relating to the entry of guilty pleas and sentencing, including Rule 11(b)(1), which requires that the court address the defendant personally in open court, Rule 32(i)(4)(A)(ii), which requires that the court address the defendant personally in order to permit the defendant to speak or present any information to mitigate the sentence, and Rule 43(b)(1) which provides that an organizational defendant need not be physically present in court if represented in court by counsel; and,

1

The Executive Committee of the Board of Directors has RESOLVED that:

1.    The Company (a) acknowledges that the United States will file a six-count Information charging the Company with a violation of the CAA, in violation of Title 42, United States Code, Section 7413(c); (b) agrees to waive its right to grand jury indictment on such charge and enter into a plea agreement (the "Agreement") with the United States; (c) agrees to pay a fine in an agreed-upon amount of $150,000, should this amount be approved by the Court, (d) it has been advised of its right to be represented by counsel free from any potential conflict of interest and after having been so advised, it agrees to waive any potential or actual conflict of interest that may arise from its counsel's representation of Dillon Moses individually; (e) compliance plan; and, (f) agrees to pay a mandatory assessment in the amount of $400.00 per count of conviction as required by Title 18, United States, Code, 3013(a)(2)(B).

2.    Vice President Dillon Moses is hereby authorized, empowered and directed, on behalf of the Company, to execute the Agreement substantially in such form as reviewed by the Executive Committee of the Board of Directors with such changes as Vice President Dillon Moses may approve.

3.    Vice President Dillon Moses is hereby authorized, empowered and directed to take any and all actions as may be necessary or appropriate in connection with the Agreement, and to approve the forms, terms or provisions of any agreement or other documents as may be necessary or appropriate, to carry out and effectuate the purpose and intent of the foregoing resolutions.

4.    The following Company employees are hereby authorized and

2

empowered to enter the guilty plea on behalf of the Company in open court and to appear on behalf of the Company at sentencing: Vice President Dillon Moses.

5.    In accordance with the Company's By-Laws, the Vice President Dillon Moses, is authorized to sign this Certificate of Corporate Resolution on behalf of the Executive Committee of the Board of Directors.

Date:  8-11-25                        By:  _____
                                           Dillon Moses, Vice President